Case 14-28343    Doc 8    Filed 08/06/14    Entered 08/08/14 06:54:27    Desc Main
Document    Page 1 of 1

14-28343:5.0:Application for Installment Agreement:Main Document Entered: 8/1/2014 1:16:07 PM by:Cynthia Armstead Page 2 of 2

**Fill in this information to identify the case:**

Debtor 1 __James Fitch__
   First Name   Middle Name   Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____   District of _____
                                                              (State)
Case number __14-28343__
(If known)

Chapter filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

## Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[✓] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 210 | 8-19-14  Month / day / year |
| $ 100 | 9-4-14  Month / day / year |
| $ _____ | _____ Month / day / year |
| + $ _____ | _____ Month / day / year |

Total  $ 310

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

AUG - 6 2014
Month / day / year

By the court: _J. Cox_  __Jacqueline P. Cox__
United States Bankruptcy Judge